IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANTHONY R. SHERROD                                                PLAINTIFF

v.                               No. 3:11-cv-51-DPM

MICHAEL J. ASTRUE, Social
Security Commissioner                                             DEFENDANT

## JUDGMENT

The Court affirms the Commissioner's decision and dismisses Sherrod's complaint, *Document No. 2*, with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 March 2012